# SPEARS & FILIPOVITS, LLC
## ATTORNEYS AT LAW

1126 Ponce de Leon Ave., NE  
Atlanta, Georgia 30306-4517

TEL: (404) 872-7086  
FAX: (404) 872-0338

G. Brian Spears  
bspears@civil-rights.law

Jeffrey R. Filipovits  
Jeff@civil-rights.law

April 1, 2021

Deputy Clerk to the  
Hon. J.P. Boulee  
Judge, United States District Court  
Northern District of Georgia  
2211 United States Courthouse  
75 Spring Street, S.W.  
Atlanta, Georgia 30303

   Re: Schultz v. Board of Regents, et al.  
      Civil Action File No. 1:19-cv-04083-JPB

Dear Sir/Madam:

This is written to request that no proceedings be scheduled in the above-captioned matter for the following periods: May 20-May 28, 2021. I will be out of the state for visits with family members for the first time in over a year.

Please contact me in the event you have any questions. Thank you in advance for your kind attention to this matter.

        Sincerely,

        /s/  
        Brian Spears

BS:tsk