

# GEORGIA DEPARTMENT OF LAW
40 Capitol Square SW
Atlanta, Georgia 30334-1300

CHRISTOPHER M. CARR
ATTORNEY GENERAL

www.law.ga.gov
(404) 458-3600

Writer's Direct Dial:
404-458-3220
Fax 404-651-5304
Email: rchalmers@law.ga.gov

June 1, 2021

Chambers of Judge J. P. Boulee
ATTN: Brittney Walker, Courtroom Deputy Clerk
2342 Richard B. Russell Federal Building
   and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    *The Estate of Scott Schultz, et al. v. Board of Regents of the University System of Georgia, et al.*
             U.S. District Court, Northern District of Georgia, No. 1:19-cv-4083-JPB

Dear Ms. Walker:

Pursuant to LR 83.1, I am requesting that the referenced case not be calendared during the time period of June 11-20, 2021, during which time I am scheduled for family vacation and travel out of the state. Thank you for your attention to this matter.

Sincerely,

*s/ Roger A. Chalmers*

Roger A. Chalmers
Senior Assistant Attorney General

cc:    Jeffrey Filipovits (by e-mail)
        Dianna J. Lee (by e-mail)
        George Brian Spears (by e-mail)
        Larry Christopher Stewart (by e-mail)