## ATTACHMENT "A"

| | | |
|---|---|---|
| Beck, Tyler | Defendant | (404)894-2500 |
| Bethea, Jordan | Student, GA Tech | (404)202-4586 |
| Bills, Alexander | Student – GA Tech | (205)757-7020 |
| Bleu-Laine, Marc-Henri | Student, GA Tech | (478)697-3252 |
| Bolu, Olaolu | Student, GA Tech | (678)910-4472 |
| Boyter, Charles | Student, GA Tech | (470)230-8614 |
| Brewer, Jason | Sgt., GA Tech PD | (404)894-2500 |
| Brockman, Christine | Student, GA Tech | (864)313-5816 |
| Budhwani, Shireen | Student, GA Tech | (678)221-8493 |
| Buzzett, Jacqueline | Student, GA Tech | (813)340-2297 |
| Canestraco, Allison | Student, GA Tech | (239)284-6768 |
| Cataoe, Caitlyn | Student, GA Tech | unknown |
| Cato, Georon | EMT, Grady | (404)809-7475 |
| Causey, Kaleb | unknown | (318)278-9807 |
| Chang, Junehee | Student, GA Tech | (404)219-0903 |
| Chen, Leonard | Student, GA Tech | (973)294-8277 |
| Connolly, Robert | Chief Police, GA Tech | (404)894-9968 |
| Cook, Carla | Police Officer, Capt. | (404)894-2500 |
| Cook, Lucien | Student, GA Tech | (910)389-4134 |
| Dang, Hoang | Firefighter | (404)510-9882 |

| | | |
|---|---|---|
| Davis, Serra | EMT, Grady | (404)616-6395 |
| Davis, Cassandra | Investigator, GA Tech | (404)894-2500 |
| Delker, Jayce | Student – GA Tech | (770)401-6134 |
| Devlin, Eric | unknown | (404)580-4191 |
| Dickinson, Sara | Student – GA Tech | (229)221-2158 |
| Egboga, Solumtochukwu | Student, GA Tech | (470)263-1211 |
| Gaston, Charles | Lt., GA Tech | unknown |
| Gordon, Jeff | Officer, GA Tech PD | (404)894-2500 |
| Greenburg, Zev | Student, GA Tech | (706)676-7216 |
| Gu, Eric | Student, GA Tech | (678)267-9568 |
| Han, So-Yun | Student, GA Tech | (678)654-4703 |
| Hanson, Kyle Francis | Student – GA Tech | (484)643-6108 |
| Heyerdahl, Tory | Student, GA Tech | unknown |
| Hunnicutt, Jeffrey | Security Ofc., GA Tech | (404)894-1288 |
| Hunsucker, Benjamin | Student, GA Tech | unknown |
| Hunting, Melissa | Student, GA Tech | (404)735-4476 |
| Irwin, David | Judge, Rockdale Superior | (770)278-7740 |
| Johnson, Candice | Nurse, Grady | (404)616-2226 |
| Johnston, Brian | Sgt., GA Tech PD | (404)894-2500 |
| Jones, Janay | Student, GA Tech | (678)596-3093 |
| Kearney, Shan | Student, GA Tech | (404)824-7848 |
| Kelly, Joseph | Student, GA Tech | (678)431-7959 |

| | | |
|---|---|---|
| Lasalce, Nicholas | Student, GA Tech | (407)803-3540 |
| Leaks, June | Cashier – Wing Zone | (404)894-9663 |
| Lee, Chungjae | Student, GA Tech | (404)862-4716 |
| Leonard, Anthony | Lt., GA Tech PD | (404)894-2500 |
| Liang, Janet | Student, GA Tech | (408)571-8863 |
| Liu, Jasmine | Student, GA Tech | (678)995-6118 |
| Liu, Lenno | Student, GA Tech | (678)815-2741 |
| Lockett-Hart, G.L. | Detective, GA Tech | (404)385-5621 |
| Long, Joseph Michael | Student – GA Tech | (404)548-4752 |
| Maison, Chris | Cashier – Wing Zone | (404)894-9663 |
| Mints, Maxim | Student – GA Tech | (202)830-9729 |
| Mitchell, Daniel | Nurse, Grady | (404)861-5359 |
| Monden, Andrew | Student, GA Tech | (678)778-2119 |
| Montezinos, Joel | Lt., GA Tech PD | (404)894-2500 |
| Owen, Steven | Firefighter | (678)315-5199 |
| Owens, Tyra | Student, GA Tech | (405)414-0325 |
| Patel, Kavish | Student, GA Tech | (678)756-7978 |
| Phan, David | Student, GA Tech | (678)948-5395 |
| Phan, Khoa | Student, GA Tech | (781)363-4230 |
| Phillips, Joey | Investigator, GBI | (678)949-7460 |
| Radcliff, Baron | Student, GA Tech | (803)552-1902 |
| Reagan, Patrick | Firefighter | (404)274-2584 |

| | | |
|---|---|---|
| Rikans, Jennifer | Sgt., GA Tech PD | (404)894-2500 |
| Rodgers, Travis | Firefighter | (678)447-1086 |
| Rosker, Julian | Student, GA Tech | unknown |
| Sandoval, Sergio | Student, GA Tech | (619)606-1781 |
| Schulteis, Alton | Student, GA Tech | unknown |
| Schultz, Lynn | Plaintiff | may be contacted through Plaintiff's counsel |
| Schultz, William | Plaintiff | may be contacted through Plaintiff's counsel |
| Searcy, Bill | Police Ofc., GA Tech | unknown |
| Smith, Randi | Doctor, Emory | (404)251-8916 |
| Snell, Julia | Student, GA Tech | (865)254-2482 |
| Solenkov, Zdravkl | Cashier – Wing Zone | (404)894-9663 |
| Sorensen, Christian | Student, GA Tech | unknown |
| Stafford, Cortez | Firefighter | (404)782-2567 |
| Stein, John | Dean – GA Tech | (404)894-2564 |
| Strickland, Aaron | Student, GA Tech | (404)333-1126 |
| Talley, Lisa | Case Worker, Grady | (404)616-5331 |
| Taylor, Jamie | Student, GA Tech | (678)602-2473 |
| Terrell, Jack | Student, GA Tech | (478)733-2668 |
| Thurman, Tyler | Student, GA Tech | (229)300-8795 |
| Thurston, Aaron | Student, GA Tech | (404)680-2119 |
| Trinh, Dong Son | Student, GA Tech | (678)431-4272 |
| Vega, Andres | Officer, GA Tech | (917)724-5136 |

| | | |
|---|---|---|
| Walcott, Troy | Lt., GA Tech PD | (404)894-2500 |
| Whitmire, Tony | Ga Tech Police Dept | (404)834-5471 |
| Wilford, Noel | Cashier – Wing Zone | (404)894-9663 |
| Wright, Ashleigh | Student, GA Tech | (757)449-6608 |
| Young, Dacrovyn | Student, GA Tech | (470)955-6285 |
| Zhang, Raymond | Student, GA Tech | (408)332-1607 |