UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF SCOTT SCHULTZ, WILLIAM SCHULTZ and LYNNE SCHULTZ,<br><br>    Plaintiffs,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA By and on behalf of GEORGIA INSTITUTE OF TECHNOLOGY, and TYLER AUSTIN BECK,<br><br>    Defendants. | Civil Action File No.<br>1:19-cv-4083-JPB |

## **NOTICE OF ISSUANCE OF SUBPOENAS**

Notice is hereby given to the Defendant that the following Subpoenas, copies of which are attached, were issued on October 19, 2021:

1. Subpoena directed to Fulton Co. Public Safety Training Center;

2. Subpoena directed to Georgia Public Safety Training Center; and

3. Subpoena directed to Georgia Tech.

---

<u>G. BRIAN SPEARS</u>
Georgia Bar No. 670112
Spears & Filipovits, LLC
Attorney for Plaintiffs
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@civil-rights.law

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

G. BRIAN SPEARS
Georgia Bar No. 670112
Spears & Filipovits, LLC
Attorney for Plaintiffs
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@civil-rights.law