UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF SCOTT ) <br> SCHULTZ, et al., ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOARD OF REGENTS OF THE ) <br> UNIVERSITY SYSTEM OF ) <br> GEORGIA, et al., ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 1:19-cv-4083-JPB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs The Estate of Scott Schultz, William Schultz, and Lynne Schultz, and Defendants Board of Regents of the University System of Georgia and Tyler Austin Beck, through counsel, stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, be dismissed with prejudice. The parties shall bear their own costs.

Respectfully submitted,

/s/ L. Chris Stewart
L. Chris Stewart
Georgia Bar No. 142289

/s/ Dianna Lee
Dianna Lee
Georgia Bar No. 142289

- 1 -

Stewart Miller Simmons
55 Ivan Allen Blvd., NW, Suite 700
Atlanta, Georgia 30308
(844) 874-2500
cstewart@smstrial.com
dlee@smstrial.com


/s/ Brian Spears
Brian Spears
Georgia Bar No. 670112

/s/ Jeff Filipovits
Jeff Filipovits
Georgia Bar No. 825553

Spears & Filipovits, LLC
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
Phone: (404) 872-7086
brian@brianspearslaw.com
jeff@civil-rights.law

*Counsel for Plaintiffs*

- 3 -

      Christopher M. Carr     112505
      Attorney General

      Kathleen M. Pacious     558555
      Deputy Attorney General

      <u>/s/ Roger A. Chalmers</u>
      Roger A. Chalmers     118720
      Senior Assistant Attorney General

      Laura L. Lones     456778
      Senior Assistant Attorney General
      State Law Department
      40 Capitol Square SW
      Atlanta, GA  30334
      Tel: (404) 458-3220
      Fax: (404) 651-5304
      Email: rchalmers@law.ga.gov

      *Counsel for Defendants*


# CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Roger A. Chalmers
Jeffrey Filipovits
Dianna J. Lee
Laura L. Lones
George Brian Spears
Larry Christopher Stewart

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

This 2nd day of December, 2021.

Respectfully submitted,

/s/ L. Chris Stewart
L. Chris Stewart
Georgia Bar No. 142289

/s/ Dianna Lee
Dianna Lee
Georgia Bar No. 142289

Stewart Miller Simmons
55 Ivan Allen Blvd., NW, Suite 700
Atlanta, Georgia 30308
(844) 874-2500
cstewart@smstrial.com

dlee@smstrial.com